# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

IN RE:

DONNY WAYNE SMITH
HELEN LEE SMITH                               CASE NO. 16-40120
                Debtors

## ORDER

This matter having come before the Court on objection of the Trustee to Proof of Claim Number 8 of Cavalry SPV I, LLC as assignee of Capital One, N.A., and the Court being otherwise sufficiently advised, it is hereby

ORDERED that the objection of the Trustee to Proof of Claim Number 8 of Cavalry SPV I, LLC as assignee of Capital One, N.A. in the sum of $1,527.81 is SUSTAINED, and said claim is hereby DISALLOWED.

Thomas H. Fulton
United States Bankruptcy Judge

Dated: April 26, 2018

PREPARED BY:

/s/   Russ Wilkey, Trustee
Russ Wilkey, Trustee
111 West Second Street
Owensboro, KY 42301
(270) 685-6000